UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C-09-3722 EMC |
| Petitioners, | |
| v. | **ORDER TO SHOW CAUSE** |
| JEAN-SEBASTIEN BLOT, | |
| Respondent. | |
| _____/ | |

Petitioners have filed a verified petition, asking the Court to enforce the IRS summons served on Respondent Jean-Sebastien Blot.  Having reviewed the petition, this Court hereby orders Mr. Blot to show cause why the IRS summons should not be enforced.

Petitioners shall serve a copy of this order to show cause, along with the verified petition, on Mr. Blot no later than September 16, 2009.  Service shall comply with Federal Rule of Civil Procedure 4.  Mr. Blot shall have until October 7, 2009, to file a response to this order to show cause.

///

///

///

///

///

The parties shall appear before the Court for a hearing on this matter on **October 21, 2009, at 10:30 a.m.**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California  94102.

IT IS SO ORDERED.

Dated:  September 3, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge