JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-6805
 Fax:          (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and ETHAN WALPOLE, Revenue Officer,** )<br><br>**Petitioners,** )<br><br>**v.** )<br><br>**JEAN-SEBASTIEN BLOT,** )<br><br>**Respondent.** ) | **CASE NO. 09-cv-3722-EMC**<br><br>**STIPULATION RE: (1) ENFORCING SUMMONS, (2) VACATING CASE MANAGEMENT CONFERENCE, (3) CONSENTING TO JURISDICTION OF MAGISTRATE JUDGE, & (4) DISMISSING CASE** |

1.      Currently, a Case Management Conference is set in this matter on November 17, 2009, at 1:30 p.m.  On November 10, 2009, the parties submitted a joint Case Management Statement that provides dates for voluntary compliance with the summons at issue, which is attached to the petition filed in this case.  As noted in the Case Management Statement, the parties agree that respondent shall provide the documents requested in the summons by January 30, 2010.

2.      The parties further agree that the summons served on respondent, which is the summons at issue in this matter, is enforceable in that: (1) there is a legitimate purpose for the request; (2) that the material sought is relevant to that purpose; (3) the material sought is not already within the IRS's possession; and (4) those administrative steps which are required have been satisfied.

3.      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties

1  agree to voluntarily consent to have a United States Magistrate Judge conduct any and all further

2  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

3  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

4      4.    The parties further agree, and respectfully request, that the Case Management

5  Conference should be vacated as the parties shall make a good faith effort to resolve this matter

6  prior to January 30, 2010.

7      5.    The parties further agree to dismissal of this case, which may be re-opened by

8  either party should any disagreement arise regarding whether respondent has fully complied with

9  the summons.

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

/s/
Jean Sebastien Blot
Respondent

1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT FOR THE**
9               **NORTHERN DISTRICT OF CALIFORNIA**
10                  **SAN FRANCISCO DIVISION**
11   **UNITED STATES OF AMERICA and**              )
     **ETHAN WALPOLE, Revenue Officer,**           ) **CASE NO. 09-cv-3722-EMC**
12                                                 )
                **Petitioners,**                   )
13                                                 ) **[Proposed] ORDER**
            **v.**                                 )
14                                                 )
     **JEAN-SEBASTIEN BLOT,**                      )
15                                                 )
                **Respondent.**                    )
16   _____       )

17          In accordance with the parties' stipulation, the (1) Case Management Conference on

18   November 17, 2009, is VACATED, (2) the stipulation setting forth a time to comply with the

19   summons is approved, and (3) this case is DISMISSED without prejudice.

20          IT IS SO ORDERED.

21

22   Dated: November __13__, 2009

23   EDW
     Unite

24                                           

25

26

27

28