UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) ) | Case No. 09-cv-3722-EMC |
| Petitioners, ) ) | |
| v. ) ) | [~~Proposed~~] ORDER FINDING |
| JEAN-SEBASTIEN BLOT, ) ) | <u>RESPONDENT IN CONTEMPT</u> |
| Respondent. ) | |

    This matter came before the Court on May 19, 2010, upon the Court's Order to Show Cause Re: Contempt entered March 23, 2010. The Order directed respondent to appear and show cause, if any, why he should not be held in contempt for his failure to comply with the stipulated Order enforcing the Internal Revenue Service Summons at issue in this case. Respondent did not file any brief or supporting documents showing that he has complied.

    Despite the allowance of more than five months to comply with the Order, respondent has not complied by providing petitioners with the summoned records.

    The Court having considered the record herein, it is hereby

    **ORDERED** that respondent Jean-Sebastien Blot is in contempt of this Court's Order enforcing the summons, and respondent is fined $200 per day from May 19, 2010 until the date he complies with the Order enforcing the summons.

    **IT IS FURTHER ORDERED** that if respondent Jean-Sebastien Blot complies with the Order

1 enforcing the summons by June 9, 2010, he will be purged of the $200 per day fine that might have
2 accrued against him for his failure to comply with the Order enforcing the summons.
3      **IT IS FURTHER ORDERED** that petitioners shall promptly serve a copy of this Order and
4 file a certificate of service with the Court.
5      **ORDERED** this ___21st___ day of May, 2010, at San Francisco, California.

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA et al,

    Plaintiff,

v.

JEAN-SEBASTIEN BLOT et al,

    Defendant.

Case Number: CV09-03722 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

JeanSebastien Blot
901 Mission Street
San Francisco, CA

Dated: May 21, 2010

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk