MELINDA HAAG
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-6888
 Fax:        (415) 436-6748
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** | ) |
| | ) **No. 09-cv-3722-EMC** |
| **Petitioners,** | ) **STIPULATION** |
| v. | ) |
| **JEAN-SEBASTIEN BLOT,** | ) |
| **Respondent.** | ) |

  This matter is set for a status hearing on January 26, 2011, related to respondent's compliance with the Court's Order. Respondent's counsel has represented that tax returns at issue in this case are being delivered on January 25, 2011. The parties agree that a hearing on January 26, 2011, would not be in the interests of the Court or the parties. The parties request that the matter be continued until February 23, 2011, at 2:30, in order to permit petitioners to review the documents that respondent is providing.

               Respectfully submitted,

               /S/
               THOMAS M. NEWMAN
               Assistant United States Attorney


               /s/
               HECTOR G. VASQUEZ
               Attorney for Respondent

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION

11  **UNITED STATES OF AMERICA, et al.,**           )
                                                    )   **No. 09-cv-3722-EMC**
12                                                  )
            **Petitioners,**                        )   **ORDER**
13                                                  )
         **v.**                                     )
14                                                  )
    **JEAN-SEBASTIEN BLOT,**                        )
15                                                  )
            **Respondent.**                         )
16  _____ )

17
       In accordance with the parties' stipulation, IT IS SO ORDERED.

18     **THUS DONE AND SIGNED** on this _25th_ day of _Jan_____, 2011 at San Francisco,
19  California.
20
                                            _____
21                                          ~~EDWIN M. CHEN~~  Edward M. Chen
                                            UNITED STATES MAG.
22
                                            *IT IS SO ORDERED AS MODIFIED*
23                                          /s/ Judge Edward M. Chen
24
25
26
27
28