1 MELINDA HAAG
United States Attorney
2 THOMAS MOORE
Assistant United States Attorney
3 Chief, Tax Division
THOMAS M. NEWMAN
4 Assistant United States Attorney
  11th Floor Federal Building
5  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
6 Telephone:   (415) 436-6888
  Fax:             (415) 436-6748
7 Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** | ) |
| | ) **No. 09-cv-3722-EMC** |
| **Petitioners,** | ) |
| | ) **STIPULATION TO DISMISS** |
| v. | ) ORDER |
| | ) |
| **JEAN-SEBASTIEN BLOT,** | ) |
| | ) |
| **Respondent.** | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to dismissal of the above-titled case without prejudice.

Respectfully submitted,

 /S/
THOMAS M.NEWMAN
Assistant United States Attorney


/s/
HECTOR G. VASQUEZ
Attorney for Respondent

1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **NORTHERN DISTRICT OF CALIFORNIA**
8                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** ) | |
| ) | No. 09-cv-3722-EMC |
| Petitioners, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **JEAN-SEBASTIEN BLOT,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    In accordance with the parties' stipulation, IT IS SO ORDERED.

    **THUS DONE AND SIGNED** on this __18th__ day of ____Feb.____, 2011 at San Francisco, California.

                                           _____
                                           EDWARD M. CHEN
                                           UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*